

**NUMBER 13-12-00578-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DIANA PAREDES,** **Appellant,**

**v.**

**MARIO LIMON,** **Appellee.**

---

**On appeal from 214th District Court
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on February 1, 2013, and the parties were ordered to mediation. This cause is now before the Court on an agreed motion for voluntary dismissal. Accordingly, this case is REINSTATED.

The parties request this Court set aside the trial court's final decree of divorce in cause no. 2011-FAM-631-F in accordance with Texas Rule of Appellate Procedure

42.1(a)(2)(B), and remand this case to the trial court for rendition of a judgment in accordance with the mediated settlement agreement of the parties.

The Court has considered the motion and it is the Court's opinion that the motion should be granted in part and denied in part.[1]  The joint motion to set aside and remand is GRANTED.  Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(B).

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
20th day of March, 2014.

---

[1] Texas Rule of Appellate Procedure 42.1(a) permits the appellate court to dispose of an appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk.  *See* TEX. R. APP. P. 42.1(a).  This joint motion requests dismissal of the appeal and remand for entry of further orders by the trial court in accordance with the settlement.  While this Court may dismiss an appeal pursuant to an agreement by the parties, we are not permitted to dismiss and remand for further proceedings.  *See id.*, 42.1(a)(2)(B).